1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

11

KEITH E BERRY,

       Plaintiff,

    v.

KAREN CAMPBELL,

      Defendants

Case No. C11-5797BHS

ORDER DECLINING TO ADOPT
REPORT AND
RECOMMENDATION

12

13

     This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 5).

14

15

16

17

18

     On September 29, 2011, Plaintiff Keith Berry ("Berry") filed a motion to proceed in forma pauperis ("IFP"). Dkt. 1. On November 7, 2011, after notice and an opportunity to cure deficiencies in his IFP motion, Judge Creatura issued the R&R recommending that the case be dismissed if Berry failed to cure certain deficiencies. Dkt. 5. On November 23, 2011, Berry cured the deficiencies. Dkt. 7.

19

20

     The Court has considered the R&R and the remaining record and does hereby find and order as follows:

21

22

     (1)    The Court declines to adopt the R&R due to Berry's subsequent compliance; and

23

     (2)    This action is reassigned to Judge Creatura for further proceedings.

24

     DATED this 16th day of December, 2011.

25

26

27

BENJAMIN H. SETTLE
United States District Judge

28

ORDER