UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH E BERRY,

    Plaintiff,

v.

KAREN CAMPBELL,

    Defendants

Case No. C11-5797BHS

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 5).

On September 29, 2011, Plaintiff Keith Berry ("Berry") filed a motion to proceed in forma pauperis ("IFP"). Dkt. 1. On November 7, 2011, after notice and an opportunity to cure deficiencies in his IFP motion, Judge Creatura issued the R&R recommending that the case be dismissed if Berry failed to cure certain deficiencies. Dkt. 5. On November 23, 2011, Berry cured the deficiencies. Dkt. 7.

The Court has considered the R&R and the remaining record and does hereby find and order as follows:

(1) The Court declines to adopt the R&R due to Berry's subsequent compliance; and

(2) This action is reassigned to Judge Creatura for further proceedings.

DATED this 16th day of December, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER