1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH E. BERRY,

          Plaintiff,

    v.

KAREN CAMPBELL,

          Defendant.

Case No. C11-5797BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation ("R&R") of

the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 12).

      The Court has considered the R&R and the remaining record, and no objections to the

R&R having been filed, does hereby find and order as follows:

      (1)    The R&R is **ADOPTED**; and

      (2)    This action is **DISMISSED**.

      DATED this 24th day of January, 2012.

                                    
BENJAMIN H. SETTLE
United States District Judge

ORDER